UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Guilbeau                                                    Civil Action 09-1652

versus                                                      Judge Tucker L. Melançon

Wyeth Inc., et al                              Magistrate Judge C. Michael Hill

## ORDER

Before the Court is the parties' Joint Motion To Maintain Stay [Rec. Docs. 91]
requesting that the Court maintain the administrative termination of this case until the
Supreme Court of the United States issues a mandate on a motion for rehearing filed by
plaintiffs in *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (June 23, 2011).  On January 28,
2011, the Court administratively terminated this action as well as several other related
actions based on the United States Supreme Court's pending decisions in *Demahy v.
Actavis, Inc.*, 593 F.3d 428 (5th Cir. 2010), *certiorary granted* No. 09-1501 and *Mensing
v. Wyeth, Inc.*, 588 F.3d 603 (8th Cir. 2009), *certiorari granted* No. 09-993 and 09-1039,
being rendered.  The Court advised the parties to file a motion to reopen the action within
30 days of the Court's decisions and to submit a Joint Plan of Work.  *R. 82.*  Following
the Supreme Court's decision, on July 25, 2011, the Court granted a Joint Motion to
Reopen Case and to Postpone the Proposed Plan of Work and Set a Date for the Filing
of Dispositive Motions Based on PLIVA filed by the parties in the Court's related case,
*Stevens v. Ranbaxy Pharmaceuticals, Inc.*, et al, 10-cv-0886.  The Court has a number
of cases which are related to this action and in order to maintain continuity within the
related cases, it is

**ORDERED** that the motion is **DENIED**; the case is **REOPENED** and the parties
are relieved of their obligation to complete a Proposed Joint Plan of Work.

**IT IS FURTHER ORDERED** that defendant is to file its dispositive motion based on *PLIVA, Inc. v. Mensing*, — U.S. —, 131 S. Ct. 2567 (June 23, 2011) by September 1, 2011.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 26th day of July, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE